# ALABAMA COURT OF CRIMINAL APPEALS



April 4, 2025

**CR-2024-0490**
Murray Lawrence v. State of Alabama (Appeal from Baldwin Circuit Court: CC-04-1112.61)

# NOTICE

You are hereby notified that on April 4, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk